# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00604-CR

---

## Ex parte Jesse Ruiz

---

### FROM THE 403RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-23-300413, THE HONORABLE BRANDY MUELLER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Jesse Ruiz appeals from the trial court's denial of his pretrial application for writ of habeas corpus challenging his bond amount. *See* Tex. Code Crim. Proc. arts. 11.08, 11.24. Ruiz was indicted for six counts of second-degree sexual assault of a child, and the trial court set his bond at $50,000. *See* Tex. Penal Code § 22.011(a)(2). A supplemental clerk's record filed in this case shows that, while this appeal was pending and pursuant to a plea bargain, Ruiz was convicted of third-degree injury to a child with intent to commit bodily injury and sentenced to three years' confinement. *See id.* § 22.04(f).

Because Ruiz has been convicted and sentenced, he is no longer subject to pretrial confinement, and his appeal challenging the amount of pretrial bond has been rendered moot. *See Ex parte Tucker*, 3 S.W.3d 576, 576 (Tex. Crim. App. 1999); *Danziger v. State*, 786 S.W.2d 723, 724 (Tex. Crim. App. 1990); *Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *Armendarez v. State*, 798 S.W.2d 291, 291 (Tex. Crim. App. 1990).

Accordingly, we dismiss as moot Ruiz's appeal from the denial of his pretrial habeas application. *See* Tex. R. App. P. 43.2(f).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed as Moot

Filed:   May 30, 2025

Do Not Publish